CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone:  (702) 486-3107
Facsimile: (702) 486-3773
Email: mmenendez@ag.nv.gov
*Attorneys for State of Nevada*
*and Dwight Neven*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, a state agency, DWIGHT NEVEN, an individual; DWIGHT NEVEN, an agent of NEVADA DEPARTMENT OF CORRECTIONS; DOES I-X, inclusive; ROES XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01727-JAD-CWH<br><br><br><u>**ORDER**</u> |

The above-captioned matter came on for hearing before the Honorable Carl W. Hoffman, on November 19, 2014.  The Plaintiff was represented by Marc Saggese and Defendants State of Nevada and Dwight Neven, were represented by Deputy Attorney General Mercedes S. Menendez.  Also, on December 4, 2014, the parties' counsels met and conferred regarding the issue of former employee Chukwujindu Otakpor's employment file.

The Court, having reviewed the pleadings and papers on file, and good cause appearing,

. . .

**IT IS HEREBY ORDERED** that the Custodian of Records of the State of Nevada Department of Administration, or his designee, shall provide a full and complete copy of the employment file for former Nevada Department of Corrections employee, Chukwujindu Otakpor to the Office of the Attorney General, Attention: Mercedes S. Menendez, 555 E. Washington Ave., Suite 3900, Las Vegas, Nevada, 89101.

IT IS SO ORDERED.

_____
CARL W. HOFFMAN
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE
DATED: 12/15/2014