ADAM PAUL LAXALT
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3107
Facsimile: (702) 486-3773
Email: mmenendez@ag.nv.gov
*Attorneys for Defendants
State of Nevada ex rel. its Department
Of Corrections and Dwight Neven*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, a state agency, DWIGHT NEVEN, an individual; DWIGHT NEVEN, an agent of NEVADA DEPARTMENT OF CORRECTIONS; DOES I-X, inclusive; ROES XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01727-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated by and between Plaintiff, ANTONIO DAVIS, by and through counsel, Saggese & Associates, and DEFENDANTS, by and through counsel, Adam Paul Laxalt, Attorney General, and Mercedes S. Menendez, Deputy Attorney General, that the civil rights complaint in the above captioned matter be dismissed with prejudice.

Each party will bear their own attorney's fees and costs.

DATED this 26 day of May, 2015.       DATED this ___ day of _____, 2015.

ADAM PAUL LAXALT                         SAGGESE & ASSOCIATES, LTD.
Attorney General

By: /s/ Mercedes S. Menendez             By: /s/ Mark A. Saggese
MERCEDES S. MENENDEZ                     MARK A. SAGGESE, ESQ.
Deputy Attorney General                  Nevada Bar No. 7166
Nevada Bar No. 9443                      Attorneys for Plaintiff
Attorneys for Defendants

**IT IS SO ORDERED.**
Dated: May 26, 2015.
_____
UNITED STATES DISTRICT JUDGE